IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

DANNETTE M. MACKEY,

        Plaintiff,

vs.

OKMULGEE COUNTY FAMILY
RESOURCE CENTER,

        Defendant.

Case No.11-CV-662-JED-FHM

## OPINION AND ORDER

Plaintiff's Motion to Compel, [Dkt. 63], and Plaintiff's Motion to Compel Discovery, [Dkt. 64], are before the court for decision. Defendant has filed responses, [Dkt. 66, 67]. No reply briefs have been filed.

Plaintiff's motion seeks to compel responses to broad general written discovery requests. Defendant objects to these discovery requests because, among other reasons, they were provided to Defendant very late in the case during an extension of the discovery deadline. Defendant did not oppose the extension of time only because Plaintiff represented to Defendant that the additional discovery period would only be used for depositions. Defendant points out that this case was filed on October 26, 2011 and Plaintiff did not provide Defendant with any written discovery requests until August 2013, despite the fact that the original discovery deadline was November 30, 2012 and was extended three times. Defendant also objects to Plaintiff's motions on the basis that: Plaintiff did not meet and confer with Defendant; Plaintiff filed the motions after the discovery deadline; and the discovery requests exceed the applicable numerical limit.

Finally, Defendant notes that it has voluntarily provided Plaintiff with a substantial amount of discovery in the case.

Based the foregoing arguments, the court is not inclined to require Defendant to respond to Plaintiff's broad written discovery requests.  However, because Plaintiff is representing herself and because Plaintiff may be in need of some specific information to respond to Defendant's pending Motion for Summary Judgment, [Dkt. 48, 49], the court is setting this matter for hearing to give Plaintiff the opportunity to specifically identify any information she needs to respond the Defendant's Motion for Summary Judgment.

Plaintiff's Motion to Compel, [Dkt. 63] and Plaintiff's Motion to Compel Discovery, [Dkt. 64], are set for hearing on December 3, 2013 at 10:30 a.m. in Courtroom One on the Third Floor of the Page Belcher Federal Building, 333 W. 4th Street, Tulsa, Oklahoma.

**Plaintiff is advised that at the hearing the court will expect her to be fully prepared to identify the particular information she needs and to explain why that specific information is necessary.**

SO ORDERED this 22nd day of November, 2013.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE